**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Gerardo Bravo_    JOINT DEBTOR: _Luz L. Bravo_    CASE NO.: _11-11109-RAM_
Last Four Digits of SS# _3868_    Last Four Digits of SS# _6678_

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ _391.79_ for months _1_ to _60_ ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _1,500.00_   TOTAL PAID $ _1,500.00_
Balance Due   $ _0.00_   payable $ _0.00_ /month (Months _1_ to _12_ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Name: _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment   $ _____ /month (Months ___ to ___ )
_____    Regular Payment   $ _____ /month (Months ___ to ___ )
Account No: _____

Name: _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment   $ _____ /month (Months ___ to ___ )
_____    Regular Payment   $ _____ /month (Months ___ to ___ )
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Gemb/brandsmart | Stainless Steel Stov $1,350.00 | 0.00% | $0 | ___ To ___ | $3,761.00 |
| Litton Loan | 15120 SW 180 Street $0.00 | 0.00% | $0 | ___ To ___ | $71,692.00 |
| Onewest Bank | 15120 SW 180 Street $184,000.0 | 0.00% | $0 | ___ To ___ | $308,547.0 |
| Sp Cst Cu | 2006 Nissan Sentra $8,425.00 | 0.00% | $0 | ___ To ___ | $11,127.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _Internal Revenue Service_ Total Due $ _6,200.00_
   Payable $ _PRO RATA_ /month (Months _1_ to _9_ ) Regular Payment $ _688.89_

LF-31(rev. 01/08/10)

Priority Creditors: [as defined in 11 U.S.C. §507]                                    (continued)
  2. _____    Total Due  $ _____
                                   Payable  $ _____ /month (Months ____ to ____ ) Regular Payment  $ _____

Unsecured Creditors:  Pay  $ ____777.24____ /month (Months __10__ to __60__ )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

I declare that the foregoing Chapter 13 Plan is true and correct under penalty of perjury.


*/s/ Gerardo Bravo*                              */s/ Luz L. Bravo*
Debtor                                           Joint Debtor
Date: *01/25/2011*                               Date: *01/25/2011*


LF-31(rev. 01/08/10)