In re **Gerardo Bravo and Luz L. Bravo**,                    Case No. **11-11109-RAM**
       Debtor(s)                                                          (if known)

# SCHEDULE A-REAL PROPERTY
## Amended 02/16/2011

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 15120 SW 180 Street Miami FL 33187 | Husband and Wife | J | $ 184,000.00 | $ 184,000.00 |
| 1650 NE 33 Avenue #108-7 Homestead FL 33033 | Husband and Wife | J | $ 48,000.00 | $ 48,000.00 |
| Unit 215-1524, Belmont at Park Central Condominium, Orlando FL | Husband and Wife | J | $ 30,000.00 | $ 30,000.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | *262,000.00* | |

In re *Gerardo Bravo and Luz L. Bravo*                ,   Case No. *11-11109-RAM*
                   Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 02/16/2011

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *14 in LCD TV*<br>*Location: In debtor's possession* | J | $ 100.00 |
| | | *Cash*<br>*Location: In debtor's possession* | J | $ 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Beckman Coulter Account*<br>*Location: In debtor's possession* | W | $ 847.00 |
| | | *TD Account*<br>*Location: In debtor's possession* | J | $ 800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *2 Antique Chairs*<br>*Location: In debtor's possession* | J | $ 400.00 |
| | | *2 Rugs*<br>*Location: In debtor's possession* | J | $ 300.00 |
| | | *22 in LCD TV*<br>*Location: In debtor's possession* | J | $ 200.00 |
| | | *4 Counter Seats*<br>*Location: In debtor's possession* | J | $ 480.00 |

Page   1   of   6

In re *Gerardo Bravo and Luz L. Bravo*,  Case No. *11-11109-RAM*
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 02/16/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *4 Lamps*<br>*Location: In debtor's possession* | J | $ 150.00 |
| | | *44 inch LDC TV*<br>*Location: In debtor's possession* | J | $ 400.00 |
| | | *55 inch TV*<br>*Location: In debtor's possession* | J | $ 1,500.00 |
| | | *Antique Table*<br>*Location: In debtor's possession* | J | $ 150.00 |
| | | *Console Furniture*<br>*Location: In debtor's possession* | J | $ 600.00 |
| | | *Dining Room Set*<br>*Location: In debtor's possession* | J | $ 800.00 |
| | | *Washing machine*<br>*Location: In debtor's possession* | J | $ 250.00 |
| | | *Dryer*<br>*Location: In debtor's possession* | J | $ 100.00 |
| | | *Family Room*<br>*Location: In debtor's possession* | J | $ 800.00 |
| | | *Glass Set*<br>*Location: In debtor's possession* | J | $ 50.00 |

Page  2  of  6

In re *Gerardo Bravo and Luz L. Bravo*,                                           Case No. *11-11109-RAM*
                                Debtor(s)                                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 02/16/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *King Bedset*<br>*Location: In debtor's possession* | *J* | *$ 800.00* |
| | | *Microwave*<br>*Location: In debtor's possession* | *J* | *$ 300.00* |
| | | *Oven*<br>*Location: In debtor's possession* | *J* | *$ 100.00* |
| | | *Queen Bedset*<br>*Location: In debtor's possession* | *J* | *$ 600.00* |
| | | *Refrigerator*<br>*Location: In debtor's possession* | *J* | *$ 500.00* |
| | | *Stainless Steel Stovetop*<br>*Location: In debtor's possession* | *J* | *$ 300.00* |
| | | *Washing Machine*<br>*Location: In debtor's possession* | *J* | *$ 100.00* |
| | | *Yard Furniture*<br>*Location: In debtor's possession* | *J* | *$ 500.00* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *2 Oil Paintings with Frame*<br>*Location: In debtor's possession* | *J* | *$ 200.00* |
| | | *Cloth Painting with Frame*<br>*Location: In debtor's possession* | *J* | *$ 350.00* |
| 6. Wearing apparel. | X | | | |

Page  3  of  6

In re **Gerardo Bravo and Luz L. Bravo**, Case No. **11-11109-RAM**
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 02/16/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor | X | | | |

Page   4   of   6

In re *Gerardo Bravo and Luz L. Bravo*, Case No. *11-11109-RAM*
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 02/16/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2006 Nissan Sentra*<br>*Location: In debtor's possession* | J | $ 7,550.00 |
| | | *2007 BMW 328 xi (Rebuilt Title - Post-flood repair)*<br>*Location: In debtor's possession* | J | $ 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *2 Laptops*<br>*Location: In debtor's possession* | J | $ 450.00 |
| | | *Dell Computer*<br>*Location: In debtor's possession* | J | $ 700.00 |
| | | *Fax Machine*<br>*Location: In debtor's possession* | J | $ 50.00 |
| | | *Printer*<br>*Location: In debtor's possession* | J | $ 50.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Page  5  of  6

In re **Gerardo Bravo and Luz L. Bravo**                    , Case No. **11-11109-RAM**
Debtor(s)                                                                  (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 02/16/2011
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  6  of  6                                    Total ➔     $ 31,577.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Gerardo Bravo and Luz L. Bravo_____, Case No. _11-11109-RAM_
                Debtor(s)                                                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 02/16/2011

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 15120 SW 180 Street Miami FL 33187 | Fl. Const.Art. 10 §4(a)(1), FSA §§222.01, 222.02, 222.05 | $ 0.00 | $ 184,000.00 |
| 55 inch TV | Fl Const. Art. 10 §4(a)(2), FSA §222.061 | $ 1,500.00 | $ 1,500.00 |
| 2007 BMW 328 xi | Fl. Stat. Ann. §222.25(1) | $ 2,000.00 | $ 11,000.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re **Gerardo Bravo and Luz L. Bravo**,     Case No. **11-11109-RAM**
       Debtor(s)                                                               (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 02/16/2011

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **2359**<br>*Creditor # : 1*<br>*Bac Home Loans Servici*<br>*450 American St*<br>*Simi Valley CA 93065* | | *2007-09-21*<br>*Mortgage*<br>*1650 NE 33 Avenue #108-7*<br>*Homestead FL 33033*<br><br>Value: *$ 48,000.00* | | | | *$ 228,000.00* | *$ 228,000.00* |
| Account No: **4453**<br>*Creditor # : 2*<br>*Bachomelns*<br>*450 American St*<br>*Simi Valley CA 93065* | | *2007-01-01*<br>*1650 NE 33 Avenue # 108-7*<br>*Homestead FL 33033*<br><br>Value: *$ 78,000.00* | | | | *$ 163,200.00* | *$ 85,200.00* |
| Account No: **1369**<br>*Creditor # : 3*<br>*Gemb/brandsmart*<br>*Po Box 981439*<br>*El Paso TX 79998* | **J** | *2007-08-26*<br>*Purchase Money Security*<br>*Stainless Steel Stovetop, Refrigerator, Dishwashing Machine, Microwave*<br><br>Value: *$ 1,350.00* | | | | *$ 3,761.00* | *$ 2,411.00* |
| **1** continuation sheets attached | | | | | Subtotal $<br>(Total of this page)<br>Total $<br>(Use only on last page) | *$ 394,961.00*<br><br>(Report also on Summary of Schedules.) | *$ 315,611.00*<br><br>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gerardo Bravo and Luz L. Bravo**, Case No. **11-11109-RAM**
           Debtor(s)                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
# Amended 02/16/2011

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1831  Creditor # : 4  Litton Loan Servicing  4828 Loop Central Dr  Houston TX 77081 | | 2006-01-09  Mortgage  15120 SW 180 Street Miami FL 33187  Value: $ 184,000.00 | | | | $ 71,692.00 | $ 71,692.00 |
| Account No: 1117  Creditor # : 5  Onewest Bank  6900 Beatrice Dr  Kalamazoo MI 49009 | | 2006-01-09  Mortgage  15120 SW 180 Street Miami FL 33187  Value: $ 184,000.00 | | | | $ 308,547.00 | $ 124,547.00 |
| Account No: 6942  Creditor # : 6  Regions Financial Corp.  2050 Parkway Office Circle  Birmingham AL 35244 | | 2007-07-01  Unit 215-1524, Belmont at Park Central Condominium, Orlando FL  Value: $ 30,000.00 | | | | $ 53,000.00 | $ 53,000.00 |
| Account No: 1121  Creditor # : 7  Space Coast Credit Uni  20 S. Wickham Road  Melbourne FL 32901 | | 2008-02-01  Purchase Money Security  2006 Nissan Sentra  Value: $ 7,550.00 | | | | $ 11,127.00 | $ 3,577.00 |
| Account No:  Creditor # : 8  Villas at Carmel Condo. Assoc.  1533 Sunset Dr Ste 201  c.o Lee Schmachtenberg Esq.  Miami FL 33143 | J | 01/01/2008  Statutory Lien  1650 NE 33 Avenue #108-7  Homestead FL 33033  Value: $ 48,000.00 | | | | $ 14,359.00 | $ 14,359.00 |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) **$ 458,725.00** | **$ 267,175.00**
Total $ (Use only on last page) **$ 853,686.00** | **$ 582,786.00**
(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)

In re  **Gerardo Bravo and Luz L. Bravo** ,                Case No. _11-11109-RAM_
　　　　　　　　　　　**Debtor(s)**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 02/16/2011

　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  **7471**<br>**Creditor # : 1**<br>**Advantage Assets Ii** | | 2010-07-23 | | | | $ 1,406.00 |
| Account No:  **7471**<br>**Representing:**<br>**Advantage Assets Ii** | | **LTD FINANCIAL SVCS LP**<br>**7322 SOUTHWEST FWY STE 1**<br>**HOUSTON TX 77074** | | | | |
| Account No:  **9083**<br>**Creditor # : 2**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale FL 33329** | | 2008-06-12 | | | | $ 1,562.00 |
| Account No:  **5252**<br>**Creditor # : 3**<br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk VA 23501** | | 2003-03-14 | | | | $ 7,888.00 |

_5_ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal $　　$ 10,856.00

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Gerardo Bravo and Luz L. Bravo**,   Case No. **11-11109-RAM**
  **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 02/16/2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  5442  Creditor # : 4  Bank Of America  Po Box 1598  Norfolk VA 23501 | | 2001-12-21 | | | | $ 8,515.00 |
| Account No:  8215  Creditor # : 5  Bmw Financial Services  5515 Parkcenter Cir  Dublin OH 43017 | | 2006-11-24 | | | | $ 18,388.00 |
| Account No:  5772  Creditor # : 6  Citi Ctb  Po Box 22066  Tempe AZ 85285 | | 2004-04-25 | | | | $ 4,759.00 |
| Account No:  6508  Creditor # : 7  Citifinanc  4500 New Linden Hill Rd  Wilmington DE 19808 | | 2006-01-01 | | | | $ 2,270.00 |
| Account No:  6384  Creditor # : 8  Citifinancial | | 2010-08-31 | | | | $ 5,299.00 |
| Account No:  6384  Representing:  Citifinancial | | MIDLAND CREDIT MGMT  8875 AERO DR  SAN DIEGO CA 92123 | | | | |

Sheet No. **1** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   **$ 39,231.00**
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Gerardo Bravo and Luz L. Bravo_ ,                      Case No. _11-11109-RAM_
                    **Debtor(s)**
                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 02/16/2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 6508<br>Creditor # : 9<br>Citifinancial Retail S<br>Po Box 499<br>Hanover MD 21076 | | | 2006-01-01 | | | | $ 2,270.00 |
| Account No:<br>Creditor # : 10<br>Don Ignacio Culinary Arts Scho<br>10395 NW 41st Street # 125<br>Miami FL 33178 | | J | | | | | $ 5,650.00 |
| Account No: 7150<br>Creditor # : 11<br>Eastern Financial Fl C<br>3700 Lakeside Dr<br>Miramar FL 33027 | | | 2008-02-12 | | | | $ 3,190.00 |
| Account No: 0492<br>Creditor # : 12<br>Ge Money Bank | | | 2010-05-28 | | | | $ 1,989.00 |
| Account No: 0492<br>Representing:<br>Ge Money Bank | | | MIDLAND CREDIT MGMT<br>8875 AERO DR<br>SAN DIEGO CA 92123 | | | | |
| Account No: 9781<br>Creditor # : 13<br>Ge Money Bank | | | 2009-10-30 | | | | $ 4,714.00 |

Sheet No.  2  of  5  continuation sheets attached to Schedule of       Subtotal $    $ 17,813.00
Creditors Holding Unsecured Nonpriority Claims                          Total $
                                           (Use only on last page of the completed Schedule F. Report also on Summary of
                                           Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Gerardo Bravo and Luz L. Bravo_ ,   Case No. _11-11109-RAM_
     **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 02/16/2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  9781  *Representing: Ge Money Bank* | | ASSET RCVRY 2200 E DEVON SUITE 200 DES PLAINES IL 60018 | | | | |
| Account No.  8632  *Creditor # : 14 Gemb / Projectline P* | | 2010-05-21 | | | | $ 10,316.00 |
| Account No.  8632  *Representing: Gemb / Projectline P* | | ASSET ACCEPTANCE LLC PO BOX 2036 WARREN MI 48090 | | | | |
| Account No.  4070  *Creditor # : 15 Gemb/home Design-hi-pj Po Box 981439 El Paso TX 79998* | | 2007-09-20 | | | | $ 8,961.00 |
| Account No.  8410  *Creditor # : 16 Gemb/se Toyota Po Box 981439 El Paso TX 79998* | | 2008-07-21 | | | | $ 1,828.00 |
| Account No.  6153  *Creditor # : 17 Lexus Financial Servic 12735 Morris Road Ext # Alpharetta GA 30004* | | 2007-05-12 | | | | $ 19,303.00 |

Sheet No. _3_ of _5_ continuation sheets attached to Schedule of   Subtotal $   $ 40,408.00
Creditors Holding Unsecured Nonpriority Claims                      Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Gerardo Bravo and Luz L. Bravo_ ,    Case No. _11-11109-RAM_
      **Debtor(s)**
                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 02/16/2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4920<br>Creditor # : 18<br>Mcydsnb<br>9111 Duke Blvd<br>Mason OH 45040 | | J | 2001-12-16 | | | | $ 1,286.00 |
| Account No: 1420<br>Creditor # : 19<br>Mcydsnb<br>9111 Duke Blvd<br>Mason OH 45040 | | | 2001-06-07 | | | | $ 1,985.00 |
| Account No: 3403<br>Creditor # : 20<br>Real Time Resolutions<br>1750 Regal Row<br>Dallas TX 75235 | | | 2006-12-15 | | | | $ 41,180.00 |
| Account No: 6760<br>Creditor # : 21<br>Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne FL 32940 | | | 2002-12-02 | | | | $ 1,979.00 |
| Account No: 1160<br>Creditor # : 22<br>Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne FL 32940 | | | 2008-04-10 | | | | $ 7,291.00 |
| Account No: 7471<br>Creditor # : 23<br>Thd/cbsd<br>Po Box 6497<br>Sioux Falls SD 57117 | | | 2004-04-25 | | | | $ 1,406.00 |

Sheet No. _4_ of _5_ continuation sheets attached to Schedule of    Subtotal $    $ 55,127.00
Creditors Holding Unsecured Nonpriority Claims                       Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Gerardo Bravo and Luz L. Bravo**, Case No. **11-11109-RAM**
     **Debtor(s)**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Amended 02/16/2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1017<br>Creditor # : 24<br>Thd/cbsd<br>Po Box 6497<br>Sioux Falls SD 57117 | | | 2007-03-23 | | | | $ 607.00 |
| Account No: 3141<br>Creditor # : 25<br>Wffnatbank<br>Po Box 94498<br>Las Vegas NV 89193 | | | 2007-09-15 | | | | $ 2,496.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. **5** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 3,103.00**

Total $ **$ 166,538.00**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related