# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ 1st     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐         Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Gerardo Bravo**        JOINT DEBTOR: **Luz L. Bravo**        CASE NO.: **11-11109-RAM**
Last Four Digits of SS# **3868**        Last Four Digits of SS# **6678**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ **737.00** for months **1** to **60** ;
- B. $ _____ for months ___ to ___ ;
- C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **1,500.00** TOTAL PAID $ **1,500.00**
Balance Due $ **0.00**   payable $ **0.00** /month (Months **1** to **12**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | | | | |
|---|---|---|---|---|
| Name: | **Gemb/brandsmart** | Arrearage on Petition Date $ | **800.00** | |
| Address: | **Po Box 981439** | Arrears Payment | $ **13.33** /month (Months **1** to **60**) |
| | **TX,El Paso,79998** | Regular Payment | $ **paid direct** /month (Months **n/a** to **n/a**) |
| Account No: | **1369** | | | |

| | | | | |
|---|---|---|---|---|
| Name: | **Onewest Bank** | Arrearage on Petition Date $ | **10,500.00** | |
| Address: | **6900 Beatrice Dr** | Arrears Payment | $ **175.00** /month (Months **1** to **60**) |
| | **MI,Kalamazoo,49009** | Regular Payment | $ **paid direct** /month (Months **n/a** to **n/a**) |
| Account No: | **1117** | | | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| **Litton Loan** | **15120 SW 180 Street $0.00** | **0.00%** | **$0** | To ___ | **$71,692.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. **Internal Revenue Service** Total Due $ **6,200.00**
Payable $ **103.33** /month (Months **1** to **60**) Regular Payment $ **103.33**

2. _____ Total Due $ _____
Payable $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ **370.95** /month (Months **1** to **60**)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31(rev. 01/08/10)

Other Provisions Not Included Above:

I declare that the foregoing Chapter 13 Plan is true and correct under penalty of perjury.

*/s/ Gerardo Bravo*  
Debtor  
Date: *02/17/2011*

*/s/ Luz L. Bravo*  
Joint Debtor  
Date: *02/17/2011*

LF-31(rev. 01/08/10)

## SUMMARY OF CHAPTER 13 PLAN

Debtor:  *Gerardo Bravo*

**Creditors' Claims**

| | | |
|---|---|---|
| Secured Claims per Schedule D: | $ | 853,686.00 |
| Less Unsecured Portions: | $ | 458,239.00 |
| Less Avoided Liens: | $ | 0.00 |
| Net Secured Claims: | $ | 395,447.00 |
| | | |
| Priority Claims per Schedule E: | $ | 6,200.00 |
| Less Non-priority Portions: | $ | 0.00 |
| Net Priority Claims: | $ | 6,200.00 |
| | | |
| Unsecured Claims per Schedule F: | $ | 166,538.00 |
| + Unsecured Portions from Schedule D: | $ | 458,239.00 |
| + Avoided Liens: | $ | 0.00 |
| + Non-Priority Portions from Schedule E: | $ | 0.00 |
| Total Unsecured Claims: | $ | 624,777.00 |

**Debtor's Assets**

| | | |
|---|---|---|
| Market Value of Property: | $ | 293,577.00 |
| Less Fully Secured Liens: | $ | 395,447.00 |
| Debtor's Equity: | $ | 22,277.00 |
| Less Exempted Amounts: | $ | 3,500.00 |
| Available to Creditors: | $ | 18,777.00 |

**Outcome under Chapter 7**

| | | |
|---|---|---|
| Available to Creditors: | $ | 18,777.00 |
| Less Administrative Fees: | $ | 1,877.70 |
| Less Payments to Priority Claims: | $ | 6,200.00 |
| Available for Payment to General Unsecured: | $ | 10,699.30 |
| | | |
| Total General Unsecured Claims: | $ | 624,777.00 |
| Percent Distribution: | | 2.00% |

**Outcome under Proposed Plan**

| | | |
|---|---|---|
| Total Payments: | $ | 44,220.00 |
| Less Trustee Fee: | $ | 4,417.39 |
| Less Outstanding Attorney Fee: | $ | 0.00 |
| Available to Creditors: | $ | 39,802.61 |
| | | |
| Payments to Priority Claims: | $ | 6,199.80 |
| Payments to Secured Claims: | $ | 0.00 |
| Payments to Arrearages: | $ | 11,299.80 |
| Payments to Special Unsecured: | $ | 0.00 |
| Payments to General Unsecured: | $ | 22,256.94 |
| | | |
| Total General Unsecured Claims: | $ | 370,949.00 |
| Percent Distribution: | | 6.00% |

## LIQUIDATION ANALYSIS

| PROPERTY | MARKET VALUE | LIENS | DEBTOR'S EQUITY | EXEMPT AMOUNT | BALANCE |
|---|---|---|---|---|---|
| Real Property | $262,000.00 | $386,547.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Cash on hand | $ 200.00 | $ 0.00 | $ 200.00 | $ 0.00 | $ 200.00 |
| Deposits of money with banks, etc | $ 1,647.00 | $ 0.00 | $ 1,647.00 | $ 0.00 | $ 1,647.00 |
| Household goods and furnishings | $ 9,380.00 | $ 1,350.00 | $ 7,630.00 | $ 1,500.00 | $ 6,130.00 |
| Books, pictures, art and collections | $ 550.00 | $ 0.00 | $ 550.00 | $ 0.00 | $ 550.00 |
| Automobiles, trucks, trailers, etc… | $ 18,550.00 | $ 7,550.00 | $ 11,000.00 | $ 2,000.00 | $ 9,000.00 |
| Office equipment, furnishings, etc… | $ 1,250.00 | $ 0.00 | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| TOTAL: | $ 293,577.00 | $ 395,447.00 | $ 22,277.00 | $ 3,500.00 | $ 18,777.00 |

Summary of Liquidation Results

| | |
|---|---|
| Amount Available on Liquidation: | $ 22,277.00 |
| Less Exempted Amounts: | $ 3,500.00 |
| Less Liquidation Expenses: | $ 0.00 |
| Less Administrative Fees: | $ 1,877.70 |
| Remaining Balance: | $ 16,899.30 |
| Payments to Priority Claims: | $ 6,200.00 |
| Available to General Unsecured: | $ 10,699.30 |
| Total of General Unsecured under Chapter 7: | $ 624,777.00 |
| Percent Distribution under Chapter 7: | 2.00 % |

## LIQUIDATION ANALYSIS

| PROPERTY | MARKET VALUE | LIENS | DEBTOR'S EQUITY | EXEMPT AMOUNT | BALANCE |
|---|---|---|---|---|---|
| **Real Property** | | | | | |
| 15120 SW 180 Street Miami | $184,000.00 | $308,547.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 1650 NE 33 Avenue #108-7 | $ 48,000.00 | $ 48,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unit 215-1524, Belmont at | $ 30,000.00 | $ 30,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Cash on hand** | | | | | |
| Various unencumbered | $ 200.00 | $ 0.00 | $ 200.00 | $ 0.00 | $ 200.00 |
| **Deposits of money with banks, etc.** | | | | | |
| Various unencumbered | $ 1,647.00 | $ 0.00 | $ 1,647.00 | $ 0.00 | $ 1,647.00 |
| **Household goods and furnishings** | | | | | |
| Refrigerator | $ 500.00 | $ 500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Dishwashing Machine | $ 250.00 | $ 250.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Stainless Steel Stovetop | $ 300.00 | $ 300.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Microwave | $ 300.00 | $ 300.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Various unencumbered | $ 8,030.00 | $ 0.00 | $ 7,630.00 | $ 1,500.00 | $ 6,130.00 |
| **Books, pictures, art and collections** | | | | | |
| Various unencumbered | $ 550.00 | $ 0.00 | $ 550.00 | $ 0.00 | $ 550.00 |
| **Automobiles, trucks, trailers, etc, and accessories** | | | | | |
| 2006 Nissan Sentra | $ 7,550.00 | $ 7,550.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Various unencumbered | $ 11,000.00 | $ 0.00 | $ 11,000.00 | $ 2,000.00 | $ 9,000.00 |
| **Office equipment, furnishings, and supplies** | | | | | |
| Various unencumbered | $ 1,250.00 | $ 0.00 | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| **TOTAL:** | $ 293,577.00 | $ 395,447.00 | $ 22,277.00 | $ 3,500.00 | $ 18,777.00 |

Summary of Liquidation Results

| | | |
|---|---|---|
| Amount Available on Liquidation: | $ | 22,277.00 |
| Less Exempted Amounts: | $ | 3,500.00 |
| Less Liquidation Expenses: | $ | 0.00 |
| Less Administrative Fees: | $ | 1,877.70 |
| Remaining Balance: | $ | 16,899.30 |
| Payments to Priority Claims: | $ | 6,200.00 |
| Available to General Unsecured: | $ | 10,699.30 |
| Total of General Unsecured under Chapter 7: | $ | 624,777.00 |
| Percent Distribution under Chapter 7: | | 2 % |

Page  1  of  1

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# SOUTHERN DIVISION

In re *Gerardo Bravo*

Case No. *11-11109-RAM*
Chapter *13*

_____/ Debtor

Attorney for Debtor: *EDUARDO E. DIEPPA III*

**DETAILED REPAYMENT SCHEDULE**

| CREDITOR NAME | NUMBER OF PAYMENTS | PAYMENT DATES | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|

Class Name: *Arrearage on Secured Claims - Fixed Payments*

| *Gemb/brandsmart* Clm: $ *800.00* | *60* | Month *1-60* | $ *13.33* | $ *799.80* |
| *Onewest Bank* Clm: $ *10,500.00* | *60* | Month *1-60* | $ *175.00* | $ *10,500.00* |
| | | Total Payments to this Class: | $ | *11,299.80* |

Class Name: *Under-Secured Creditor - Fixed Payments*

| *Litton Loan Servicing* Clm: $ *71,692.00* Collateral: $ *184,000.00* | | | | |
| | | Total Payments to this Class: | $ | *0.00* |

Class Name: *Priority Creditors - Fixed Payments*

| *Internal Revenue Service* Clm: $ *6,200.00* | *60* | Month *1-60* | $ *103.33* | $ *6,199.80* |
| | | Total Payments to this Class: | $ | *6,199.80* |

Class Name: *General Unsecured Creditors*

| *Advantage Assets Ii* Clm: $ *1,406.00* | *60* | Month *1-60* | $ *1.41* | $ *84.36* |
| *Amex* Clm: $ *1,562.00* | *60* | Month *1-60* | $ *1.56* | $ *93.72* |
| *Bachomelns* Clm: $ *85,200.00* | *60* | Month *1-60* | $ *85.20* | $ *5,112.00* |

Page *1* of *4*

**DETAILED REPAYMENT SCHEDULE for Gerardo Bravo**

| CREDITOR NAME | NUMBER OF PAYMENTS | PAYMENT DATES | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|
| *Bank Of America*<br>Clm: $ 7,888.00 | 60 | Month 1-60 | $ 7.89 | $ 473.28 |
| *Bank Of America*<br>Clm: $ 8,515.00 | 60 | Month 1-60 | $ 8.51 | $ 510.90 |
| *Bmw Financial Services*<br>Clm: $ 18,388.00 | 60 | Month 1-60 | $ 18.39 | $ 1,103.28 |
| *Citi Ctb*<br>Clm: $ 4,759.00 | 60 | Month 1-60 | $ 4.76 | $ 285.54 |
| *Citifinanc*<br>Clm: $ 2,270.00 | 60 | Month 1-60 | $ 2.27 | $ 136.20 |
| *Citifinancial*<br>Clm: $ 5,299.00 | 60 | Month 1-60 | $ 5.30 | $ 317.94 |
| *Citifinancial Retail S*<br>Clm: $ 2,270.00 | 60 | Month 1-60 | $ 2.27 | $ 136.20 |
| *Eastern Financial Fl C*<br>Clm: $ 3,190.00 | 60 | Month 1-60 | $ 3.19 | $ 191.40 |
| *Ge Money Bank*<br>Clm: $ 4,714.00 | 60 | Month 1-60 | $ 4.71 | $ 282.84 |
| *Ge Money Bank*<br>Clm: $ 1,989.00 | 60 | Month 1-60 | $ 1.99 | $ 119.34 |
| *Gemb / Projectline P*<br>Clm: $ 10,316.00 | 60 | Month 1-60 | $ 10.32 | $ 618.96 |
| *Gemb/brandsmart*<br>Clm: $ 2,411.00 | 60 | Month 1-60 | $ 2.41 | $ 144.66 |
| *Gemb/home Design-hi-pj*<br>Clm: $ 8,961.00 | 60 | Month 1-60 | $ 8.96 | $ 537.66 |
| *Gemb/se Toyota*<br>Clm: $ 1,828.00 | 60 | Month 1-60 | $ 1.83 | $ 109.68 |
| *Litton Loan Servicing*<br>Clm: $ 71,692.00 | 60 | Month 1-60 | $ 71.69 | $ 4,301.52 |

**DETAILED REPAYMENT SCHEDULE for Gerardo Bravo**

| CREDITOR NAME | NUMBER OF PAYMENTS | PAYMENT DATES | | MONTHLY PAYMENT | | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| *Mcydsnb* <br> Clm: *$   1,286.00* | 60 | Month | *1-60* | $ | *1.29* $ | *77.16* |
| *Mcydsnb* <br> Clm: *$   1,985.00* | 60 | Month | *1-60* | $ | *1.98* $ | *119.10* |
| *Real Time Resolutions* <br> Clm: *$   41,180.00* | 60 | Month | *1-60* | $ | *41.18* $ | *2,470.80* |
| *Regions Financial Corp.* <br> Clm: *$   53,000.00* | 60 | Month | *1-60* | $ | *53.00* $ | *3,180.00* |
| *Sp Cst Cu* <br> Clm: *$   2,702.00* | 60 | Month | *1-60* | $ | *2.70* $ | *162.12* |
| *Space Coast Credit Uni* <br> Clm: *$   1,979.00* | 60 | Month | *1-60* | $ | *1.98* $ | *118.74* |
| *Space Coast Credit Uni* <br> Clm: *$   7,291.00* | 60 | Month | *1-60* | $ | *7.29* $ | *437.46* |
| *Thd/cbsd* <br> Clm: *$   607.00* | 60 | Month | *1-60* | $ | *0.61* $ | *36.42* |
| *Thd/cbsd* <br> Clm: *$   1,406.00* | 60 | Month | *1-60* | $ | *1.41* $ | *84.36* |
| *Villas at Carmel Condo. Assoc.* <br> Clm: *$   14,359.00* | 60 | Month | *1-60* | $ | *14.36* $ | *861.54* |
| *Wffnatbank* <br> Clm: *$   2,496.00* | 60 | Month | *1-60* | $ | *2.50* $ | *149.76* |

Total Payments to this Class: $ 22,256.94

**DETAILED REPAYMENT SCHEDULE for Gerardo Bravo**

| CREDITOR NAME | NUMBER OF PAYMENTS | PAYMENT DATES | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|

Class Name: *Surrendered Property—Not Printed*

*Bachomelns*
Clm: $ 163,200.00   Collateral: $ 30,000.00         * *For Payments, See General Unsecured*

*Regions Financial Corp.*
Clm: $ 53,000.00   Collateral: $ 30,000.00         * *For Payments, See General Unsecured*

*Villas at Carmel Condo. Assoc.*
Clm: $ 14,359.00   Collateral: $ 48,000.00         * *For Payments, See General Unsecured*

|   |   |
|---|---|
| Attorney Fee: | $ 0.00 |
| Fees Paid through Plan: | $ 0.00 |
| Total Payment to all Classes: | $ 39,756.54 |
| Trustee Fee: | $ 4,417.39 |
| Total Payment through Plan: | $ 44,173.93 |

(Does not include amounts paid to Direct Pay Creditors)

Payments Made Directly to Creditors

*Gemb/brandsmart*
Clm:$ 3,761.00   Collateral:$ 1,350.00        60   Month   1-60   $ 9.17   $ 550.20

*Onewest Bank*
Clm:$ 308,547.00   Collateral:$ 184,000.00

*Sp Cst Cu*
Clm:$ 11,127.00   Collateral:$ 7,550.00

## ADJUSTMENTS TO CLAIMS

The following secured claims are greater than the fair market value of the properties that secure them. Their unsecured portions are therefore added to the list of unsecured claims in the following amounts:

| CREDITOR | CLAIM | MARKET VALUE | UNSECURED PORTION |
|---|---|---|---|
| Bachomelns | $ 163,200.00 | $ 30,000.00 | $ 85,200.00 |
| Gemb/brandsmart | $ 3,761.00 | $ 1,350.00 | $ 2,411.00 |
| Litton Loan Servicing | $ 71,692.00 | $ 184,000.00 | $ 71,692.00 |
| Regions Financial Corp. | $ 53,000.00 | $ 30,000.00 | $ 53,000.00 |
| Villas at Carmel Condo. Assoc. | $ 14,359.00 | $ 48,000.00 | $ 14,359.00 |

Total Adjustment to the Unsecured Claims :

| | |
|---|---|
| Original Total of Unsecured Claims (Schedule F) : | $ 166,538.00 |
| Unsecured Portion of Secured Claims (Schedule D) : | $ 458,239.00 |
| Secured Claims to be Avoided : | $ 0.00 |
| Non-priority Portion of Priority Claims (Schedule E) : | $ 0.00 |
| New Adjusted Total of Unsecured Claims : | $ 624,777.00 |