UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 11-11109
Chapter 13

Gerardo J. Bravo and Luz L. Bravo,
Debtor /

# DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

________ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. ________________)

________ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

________ Copies of all payment advices **are not** attached because the debtor:
____receives disability payments
____is unemployed and does not receive unemployment compensation
____receives Social Security payments
____receives a pension
____does not work outside the home
____is self employed and does not receive payment advices

________ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:________________

**Joint Debtor (if applicable):**

X Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. ________________)

________ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

________ Copies of payment advices **are not** attached because the joint debtor:

______receives disability payments

______is unemployed and does not receive unemployment compensation

______receives Social Security payments

______receives a pension

______does not work outside the home

______is self employed and does not receive payment advices

_________ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received

Explain: ______________________________________________

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

______________________________________________ Date:________

Signature of Debtor

Luz Bravo ______________________________________________ Date: 4/14/11

Signature of Joint Debtor, if applicable

BECKMAN COULTER, INC. 250 S. Kraemer Blvd. Brea, California 92822-8000

LUZ P. BRAVO 910437

| DESCRIPTION | HOURS | HOURLY RATE | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| PAID PTO HRS | 32.00 | 12.11 | 387.52 | 387.52 |
| PAID HOLIDAY | 8.00 | 12.11 | 96.88 | 96.88 |
| Time Entry Wag | 40.00 | 12.11 | 484.40 | 484.40 |
| OVERTIME 1.5X | 0.17 | 18.17 | 3.09 | 3.09 |

| TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Federal Tax | 78.40 | 78.40 |
| Social Security | 31.56 | 31.56 |
| Medicare | 10.89 | 10.89 |
| PRETAX MEDICAL | 191.54 | 191.54 |
| PRETAX DENTAL | 19.52 | 19.52 |
| PRETAX VISION | 2.73 | 2.73 |
| PRETAX STD | 3.88 | 3.88 |
| PRETAX PAI | 2.91 | 2.91 |
| BEF TAX SAVINGS | 38.88 | 38.88 |
| AFT TAX LTD | 2.71 | 2.71 |
| LOAN REPAY 1 | 50.00 | 50.00 |

| PERIOD START | PERIOD END | CHECK DATE | CHECK NO. | PAY RATE |
|---|---|---|---|---|
| 25-DEC-2010 | 07-JAN-2011 | 14-JAN-2011 | | 12.11 |

| FED FILING STATUS | EXMP | STATE FILING STATUS | EXMP |
|---|---|---|---|
| Married | 0 | No Stat | 0 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 971.89 | 971.89 |
| Pre-Tax Deductions | 259.46 | 259.46 |
| Tax Deductions | 120.85 | 120.85 |
| Other Deductions | 52.71 | 52.71 |
| NET PAY | 538.87 | 538.87 |

| ACCRUALS | |
|---|---|
| PTO Hrs Balance | 52.85 |
| PTO Hrs Taken | 0.00 |
| Sick Balance | 0.00 |
| Prior Sick Balance | 0.00 |

*To Remove Document Fold and Tear Along This Perforation*


BECKMAN COULTER

PAYROLL DIRECT DEPOSIT

DATE 14-JAN-2011

| BCU | Checking Account | XXXXXXXXX | 538.87 |
|---|---|---|---|

LUZ P. BRAVO

DEPOSIT ADVICE

NON NEGOTIABLE

BECKMAN COULTER, INC. 250 S. Kraemer Blvd. Brea, California 92822-8000

LUZ P. BRAVO 910437

| DESCRIPTION | HOURS | HOURLY RATE | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| PAID PTO HRS | 24.00 | 12.11 | 290.64 | 2,293.81 |
| PAID HOLIDAY | 8.00 | 12.11 | 96.88 | 675.76 |
| Time Entry Wag | 48.08 | 12.11 | 582.25 | 21,800.63 |
| PERF AWARD | | | | 1,039.84 |
| OVERTIME 1.5X | | | | 1,218.82 |

| TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Federal Tax | 66.41 | 2,124.63 |
| Social Security | 47.76 | 1,366.69 |
| Medicare | 11.17 | 319.63 |
| PRETAX MEDICAL | 172.62 | 4,315.50 |
| PRETAX DENTAL | 17.08 | 427.00 |
| PRETAX VISION | 3.23 | 80.75 |
| PRETAX STD | 3.88 | 96.50 |
| PRETAX PAI | 2.63 | 65.75 |
| BEF TAX SAVINGS | 38.79 | 1,081.12 |
| AFT TAX LTD | 2.71 | 67.45 |
| LOAN REPAY 1 | 50.00 | 1,300.00 |

| PERIOD START | PERIOD END | CHECK DATE | CHECK NO. | PAY RATE |
|---|---|---|---|---|
| 11-DEC-2010 | 24-DEC-2010 | 30-DEC-2010 | | 12.11 |

| FED FILING STATUS | EXMP | STATE FILING STATUS | EXMP |
|---|---|---|---|
| Married | 0 | No Stat | 0 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 969.77 | 27,028.86 |
| Pre-Tax Deductions | 238.23 | 6,066.62 |
| Tax Deductions | 125.34 | 3,810.95 |
| Other Deductions | 52.71 | 1,367.45 |
| NET PAY | 553.49 | 15,783.84 |

| ACCRUALS | |
|---|---|
| PTO Hrs Balance | 77.16 |
| PTO Hrs Taken | 0.00 |
| Sick Balance | 0.00 |
| Prior Sick Balance | 0.00 |

*To Remove Document Fold and Tear Along This Perforation*



BECKMAN COULTER, INC. 250 S. Kraemer Blvd. Brea, California 92822-8000

LUZ P. BRAVO 910437

| DESCRIPTION | HOURS | HOURLY RATE | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| PAID HOLIDAY | 16.00 | 12.11 | 193.76 | 578.88 |
| PAID PTO HRS | | | | 2,003.17 |
| Time Entry Wag | 64.00 | 12.11 | 775.04 | 20,249.58 |
| PERF AWARD | | | | 1,039.84 |
| OVERTIME 1.5X | | | | 1,214.28 |

| TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Federal Tax | 66.27 | 1,991.29 |
| Social Security | 47.70 | 1,270.95 |
| Medicare | 11.16 | 297.24 |
| PRETAX MEDICAL | 172.62 | 3,970.26 |
| PRETAX DENTAL | 17.08 | 392.84 |
| PRETAX VISION | 3.23 | 74.29 |
| PRETAX STD | 3.88 | 88.74 |
| PRETAX PAI | 2.63 | 60.49 |
| BEF TAX SAVINGS | 38.75 | 1,003.40 |
| AFT TAX LTD | 2.71 | 62.03 |
| LOAN REPAY 1 | 50.00 | 1,200.00 |

| PERIOD START | PERIOD END | CHECK DATE | CHECK NO. | PAY RATE |
|---|---|---|---|---|
| 13-NOV-2010 | 26-NOV-2010 | 03-DEC-2010 | | 12.11 |

| FED FILING STATUS | EXMP | STATE FILING STATUS | EXMP |
|---|---|---|---|
| Married | 0 | No Stat | 0 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 968.80 | 25,085.75 |
| Pre-Tax Deductions | 238.19 | 5,590.02 |
| Tax Deductions | 125.13 | 3,559.48 |
| Other Deductions | 52.71 | 1,262.03 |
| NET PAY | 552.77 | 14,674.22 |

| ACCRUALS | |
|---|---|
| PTO Hrs Balance | 85.77 |
| PTO Hrs Taken | 0.00 |
| Sick Balance | 0.00 |
| Prior Sick Balance | 0.00 |

*To Remove Document Fold and Tear Along This Perforation*



BECKMAN COULTER, INC. LUZ P. BRAVO 910437

| DESCRIPTION | HOURS | HOURLY RATE | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| PAID HOLIDAY | | | | 385.12 |
| PAID PTO HRS | | | | 2,003.17 |
| Time Entry Wag | 80.00 | 12.11 | 968.80 | 19,474.54 |
| PERF AWARD | | | | 1,039.84 |
| OVERTIME 1.5X | | | | 1,214.28 |

| TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Federal Tax | 66.27 | 1,925.02 |
| Social Security | 47.70 | 1,223.25 |
| Medicare | 11.15 | 286.08 |
| PRETAX MEDICAL | 172.62 | 3,797.64 |
| PRETAX DENTAL | 17.08 | 375.76 |
| PRETAX VISION | 3.23 | 71.06 |
| PRETAX STD | 3.88 | 84.86 |
| PRETAX PAI | 2.63 | 57.86 |
| BEF TAX SAVINGS | 38.75 | 964.65 |
| AFT TAX LTD | 2.71 | 59.32 |
| LOAN REPAY 1 | 50.00 | 1,150.00 |

| PERIOD START | PERIOD END | CHECK DATE | CHECK NO. | PAY RATE |
|---|---|---|---|---|
| 30-OCT-2010 | 12-NOV-2010 | 19-NOV-2010 | | 12.11 |

| FED FILING STATUS | EXMP | STATE FILING STATUS | EXMP |
|---|---|---|---|
| Married | 0 | No Stat | 0 |

| SUMMARIES | CURRENT | YEAR TO DATE |
|---|---|---|
| Gross Pay | 968.80 | 24,116.95 |
| Pre-Tax Deductions | 238.19 | 5,351.83 |
| Tax Deductions | 125.12 | 3,434.35 |
| Other Deductions | 52.71 | 1,209.32 |
| NET PAY | 552.78 | 14,121.45 |

| ACCRUALS | |
|---|---|
| PTO Hrs Balance | 78.08 |
| PTO Hrs Taken | 0.00 |
| Sick Balance | 0.00 |
| Prior Sick Balance | 0.00 |

*To Remove Document Fold and Tear Along This Perforation*

